UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERISLAND MORA MARTINEZ,

*Petitioner*,

v. Case No.: 3:26-cv-3106-JEP-SJH

SHERIFF SCOTTY RHODEN and
U.S. ATTORNEY GENERAL,

*Respondents*.
_________________________________/

# ORDER

Petitioner, an immigration detainee, filed a pro se petition for writ of habeas corpus on November 9, 2026. (Doc. 1). According to Petitioner, local law enforcement arrested him on October 11, 2026, for driving under the influence. (*Id.* at 6). Although Petitioner paid his criminal bond, he was transferred into the custody of United States Immigration and Customs Enforcement. (*Id.*). He asks the Court to "review . . . the legal basis for [his] continued custody." (*Id.*).

A writ of habeas corpus may extend to an individual who "is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). Here, Petitioner has neither explained how his detention violates any constitutional or statutory right nor alleged sufficient facts to establish his entitlement to relief. Indeed, he does not actually claim Respondents violated any particular right—instead, he asks the Court to

essentially investigate whether he has any potential claims to challenge his detention. Therefore, the petition will be dismissed without prejudice.

Accordingly, it is **ORDERED**:

1. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED without prejudice**.
2. The Clerk is **DIRECTED** to terminate any motions as moot, enter judgment dismissing the petition without prejudice, and close the file.
3. The Clerk is further **DIRECTED** to send Petitioner a blank § 2241 habeas petition form. Petitioner should use the form if he decides to initiate a new case in this Court. He should not put this case number on the form, because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** in Jacksonville, Florida on November 13, 2026.

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

c:
pro se Petitioner